MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ELENA GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>    Defendant. | No. 1:20-cv-00336-EPG<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended thirty (30) days from February 18, 2021, up to and including March 20, 2021. This is the parties' first stipulation for an extension of the Court's Scheduling Order. Plaintiff has stipulated to the request and Defendant understands that this thirty-day extension does not require court approval and files this stipulation pursuant to the requirements of the Court's Scheduling Order.

Stipulation for Extension of Time; No. 1:20-cv-00336-EPG

Good cause exists for this request.  Defendant respectfully requested this additional time because Counsel responsible for briefing the matter has been unable to devote the time required to complete Defendant's response to Plaintiff's Opening Brief because of competing workload requirements including several merit briefs being due in the next few days.

A thirty-day extension until March 20, 2021 should give sufficient time for the assigned attorney to complete the response to Plaintiff's Opening Brief.  Counsel apologizes to the Court for any inconvenience caused by this delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATE: February 18, 2021        By     *s/ Jonathan O. Pena\**
Jonathan O. Pena, Esq.
Pena & Bromberg, Attorneys at Law

Attorney for Plaintiff
(*as authorized by email)


MCGREGOR W. SCOTT
United States Attorney

DATE: February 18, 2021        By     *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

OF COUNSEL:

Oscar Gonzalez de Llano
Assistant Regional Counsel
Social Security Administration, Region IX

Stipulation for Extension of Time; No.  1:20-cv-00336-EPG

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 17), IT IS ORDERED that Defendant shall file a response to Plaintiff's opening brief no later than March 20, 2021. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:  **February 19, 2021**         /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE