UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ELENA GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:20-cv-00336-EPG<br><br>ORDER APPROVING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL JUSTICE ACT<br><br>(ECF No. 31) |

On September 28, 2021, the parties filed a Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act (the "Stipulation"). (ECF No. 31.)

Based upon the Stipulation, IT IS HEREBY ORDERED that fees and expenses in the amount of $7,000.00 as authorized by the Equal Access to Justice Act, 28 U.S.C. §2412 are awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **September 30, 2021**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1